**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EFREN CONTRERAS HERNANDEZ, | No. 5:25-cv-03453-SSS-BFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| KRISTI NOEM, Secretary Department of Homeland Security, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 3-1) is granted as to Petitioner's First Claim for Relief regarding violation of 8 U.S.C. § 1226(a) and Respondents are enjoined from continuing to detain Petitioner unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

DATED: January 16, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE